UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   2:07-cv-03816-ER-FMOx                           DATE: January 11, 2008
Title:     *J & J Sports Productions, Inc. v. Olawale O. Salau, et al.*

================================================================

PRESENT:     HONORABLE EDWARD RAFEEDIE, SENIOR JUDGE

| Pamela Silence | Not Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **ORDER TO SHOW CAUSE FOR POSSIBLE DISMISSAL FOR LACK OF PROSECUTION** (IN CHAMBERS)

The Court, on its own Motion, hereby ORDERS plaintiffs to show cause *in writing* not later than **February 25, 2008** why this action should not be dismissed for lack of prosecution. The Court notes that absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served within 120 days of the filing of the complaint (FRCivP 4m). An action may be dismissed prior to such time if plaintiff fails to respond to this order.

The Court further notes that defendant's answer is to be filed within 20 days (30 days out of state, 60 days if the defendant is the United States) (FRCivP 4) of the date of service of the summons and complaint. Counsel are advised that *no stipulations*, including those for extensions of time, are effective unless approved by this Court (except as provided in the Local Rules.)

Pursuant to Federal Rule of Civil Procedure 78 and Local Rule 7-15, NO ORAL ARGUMENT will be heard on this matter unless ordered by the Court. The Court will consider as a satisfactory response the filing of the following on or before the date indicated above:

> Plaintiff filing an Application for Default (FRCivP 55a), Plaintiff filling a Motion for Entry of Default Judgment (FRCivP 55b), Consent Judgment or Request for Dismissal

**FAILURE TO FILE A TIMELY RESPONSE IS DEEMED CONSENT TO THE DISMISSAL WITHOUT PREJUDICE OF THE ACTION AS PROPOSED HEREIN.**

:
Initials of Preparer     prs